# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| **ORION EDDLEMON,** individually and on behalf of all others similarly situated,<br><br>**Plaintiff/Appellant,**<br><br>v.<br><br>**BRADLEY UNIVERSITY,** an Illinois not-for-profit corporation,<br><br>**Defendant/Appellee.** | **Appeal No.: 25-01716**<br><br>**Appeal from the United States District Court for the Central District of Illinois, No. 1:20-cv-01264, Honorable Colleen R. Lawless** |

## CIRCUIT RULE 3(c) DOCKETING STATEMENT

**1.**     **District Court Jurisdiction**

On November 19, 2021, Plaintiff Orion Eddlemon ("Plaintiff") filed a second amended class action complaint [ECF No. 39]. Plaintiff is a natural person and citizen of the State of Illinois. Defendant Bradley University ("Bradley") is an Illinois not-for-profit corporation. This Court has original jurisdiction under 28 U.S.C. § 1332(d)(2)(A), as modified by the Class Action Fairness Act of 2005, because at least one Class member is of diverse citizenship from the Defendant, there are more than 100 Class members, and the aggregate amount in controversy exceeds $5,000,000, exclusive of interest, and costs.

**2.**     **Appellate Court Jurisdiction**

28 U.S.C. § 1291 and 28 U.S.C. § 1294 confer jurisdiction over this appeal on the United States Court of Appeals for the Seventh Circuit. Bradley's Motion for Summary Judgment was granted on March 31, 2025. [ECF No. 101]. Judgment was

entered by the District Court on April 1, 2025. [ECF No. 102]. On April 25, 2025, Plaintiff filed his Notice of Appeal. [ECF No. 103].

This is a civil appeal as a matter of right pursuant to Federal Rule of Appellate Procedure 3(a) and Circuit Rule 3(a).

## 3. Prior or Related appeals

Appeal No.: 22-08010.

Dated: May 27, 2025

**VARNELL & WARWICK, P.A.**

/s/ Brian W. Warwick
Brian W. Warwick; Florida Bar: 0605573
400 N. Ashley Drive, Suite 1900
Tampa, FL 33602
Telephone: (352) 753-8600
Facsimile: (352) 504-3301
bwarwick@vandwlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Brian W. Warwick<br>
Brian W. Warwick